ACCEPTED
07-15-00026-cv
SEVENTH COURT OF APPEALS
AMARILLO, TEXAS
5/4/2015 3:15:15 PM
Vivian Long, Clerk

# Case No. 07-15-00026-CV

IN THE COURT OF APPEALS FOR THE
SEVENTH DISTRICT OF TEXAS

FILED IN
7th COURT OF APPEALS
AMARILLO, TEXAS
5/4/2015 3:15:15 PM
VIVIAN LONG
CLERK

HAVEN LANE, LP,

Plaintiff/Appellant,

v.

MID-CENTURY INSURANCE CO. AND PARK MOYER,

Defendants/Appellees.

ON APPEAL FROM CAUSE NO. 13-0730-C368
368TH DISTRICT COURT, WILLIAMSON COUNTY, TEXAS

## VERIFIED AND UNOPPOSED EMERGENCY MOTION FOR ADDITIONAL TIME TO FILE APPELLANT'S BRIEF

TO THE HONORABLE COURT OF APPEALS:

Counsel for Appellant, Haven Lane, LP, hereby files the present Verified and Unopposed Emergency Motion for Additional Time to File Appellant's Brief. Since this Honorable Court granted Plaintiff until May 4, 2015 to file its Appellate Brief, and as explained in detail within the following paragraphs, new additional and completely unforeseeable circumstances have arisen, which make the present request necessary. Ultimately, Appellant is seeking an additional thirty (30) day

extension for the filing of its appellate brief, which presently has a deadline of May 4, 2015 (today). This request, if granted, would allow Appellant until June 3, 2015 for such filing.

As with Appellant's's previous request, the present extension, which is completely unopposed by counsel for appellee, is simply made necessary due to unfortunate circumstances beyond counsel's control. Specifically, counsel's primary legal assistant, Denise Novak, who is instrumental in all activities leading up to the filing of this anticipated brief, had previously underwent a surgical procedure in early March, which required her to be out of the office and in recovery until the middle of April, 2015. This absence was the basis for Plaintiff's original request for an extension. However, this situation recently and unexpectedly worsened, and has made the present filing necessary.

Specifically, on Sunday evening, May 3, 2015, just one day before Appellant's brief was due, Ms. Novak informed Appellant's counsel that she would no longer be working at The Voss Law Firm, P.C. This news came as an unexpected and unfortunate shock to counsel, who was relying on Ms. Novak to assist in finalizing the filing activities related to Appellant's final product. Her permanent absence now gives rise to additional issues, including the hiring of additional staff, which is necessitated by her departure. All such exercises, immediately thrust upon counsel, makes compliance with today's deadline of filing literally impossible.

ii

Accordingly, counsel has requested a thirty (30) day extension to file its brief, so that upon additional assistance being secured, adequate time is given to allow all related activities to take place. As counsel has communicated to the attorneys for the Appellee, no delay is intended from the motion, as it is simply due to unfortunate circumstances beyond counsel's control. Appellant humbly submits that such equates to good cause for this request under Texas Law. See *Curry v. Clayton*, 715 S.W. 2nd 77, 79 (Tex. App. --Dallas 1986, no writ).

Once again, appellee's counsel has been informed as of the filing of the unopposed motion for extension, and has no opposition to the request or the length of the extension sought. Accordingly, appellant respectfully requests this Honorable Court grant it's motion for extension of time to file its brief, and permit the same to be filed on or before June 3, 2015. Appellant further requests this Honorable Court to grant all other relief as would be appropriate, and as justice would require under the present circumstances.

Respectfully submitted,

/s/ Scott G. Hunziker

Scott G. Hunziker
Texas Bar No. 24032446
The Voss Law Firm, P.C.
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com
ATTORNEY FOR APPELLANT

DATED this 4th day of May, 2015.

Haven Lane, LP, Appellant

By: /s/ Scott G. Hunziker
Bill L. Voss
Scott G. Hunziker
THE VOSS LAW FIRM PC
The Voss Law Center
26619 Interstate 45
The Woodlands, Texas 77380
Telephone: (713) 861-0015
Facsimile: (713) 861-0021
scott@vosslawfirm.com

*Attorneys for Plaintiff/Appellant*

## CERTIFICATE OF CONFERENCE

As required by the Texas Rules of Appellate Procedure 10.1(a)(5), I certify that I have conferred on May 4, 2015 with all other parties - which are listed below - about the merits of this motion with the following results:

MARTIN, DISIERE, JEFFERSON & WISDOM
Christopher Martin
Las Cimas IV
900 S. Capital of TX Hwy., Ste. 425
Austin, Texas 78746

FREEMON & MILLER, P.A.
8381 Gunn Highway
Tampa, Florida 33626
(813)926-0777 telephone
(813)926-1777 facsimile

SNEED, VINE & PERRY
Wayne E. Sanders

Kathryn Gleghorn
1104 S. Church Street
Georgetown, Texas 78626
Telephone: (512) 930-9775
Facsimile: (512) 819-9707

☐ opposes motion
X does not oppose motion
☐ agrees with motion
☐ would not say whether motion is opposed

/s/ Scott G. Hunziker

Scott G. Hunziker

## CERTIFICATE OF SERVICE

I hereby certify that on May 4, 2015, a true and correct copy of the foregoing was served on all counsel of record Texas Rules of Civil Procedure as follows:

MARTIN, DISIERE, JEFFERSON & WISDOM
Christopher Martin
Las Cimas IV
900 S. Capital of TX Hwy., Ste. 425
Austin, Texas 78746

FREEMON & MILLER, P.A.
8381 Gunn Highway
Tampa, Florida 33626
(813)926-0777 telephone
(813)926-1777 facsimile

SNEED, VINE & PERRY
Wayne E. Sanders
Kathryn Gleghorn
1104 S. Church Street
Georgetown, Texas 78626
Telephone: (512) 930-9775
Facsimile: (512) 819-9707

*/s/ Scott G. Hunziker*

_____
SCOTT G. HUNZIKER

By: □ personal delivery
X mail and email
□ commercial delivery service
□ fax
Scott G. Hunziker

# VERIFICATION

STATE OF TEXAS          §
                                              §

COUNTY OF WILLIAMSON     §

Before me, the undersigned notary, on this day personally appeared Scott Hunziker, the affiant, a person whose identity is known to me. After I administered an oath to affiant, affiant testified:

My name is Scott Hunziker. I am capable of making this verification. I have read Appelant's Verified and Unopposed Emergency Motion for Additional Time to File Appellant's Brief. The facts stated in it are within my personal knowledge and are true and correct.

_____
Scott Hunziker

Sworn to and subscribed before me by Scott Hunziker on May 4, 2015.

_____
Notary Public in and for
the State of TEXAS

My Commission Expires:_____

KAREN SHADBOLT
Notary Public, State of Texas
My Commission Expires
September 30, 2017